ISAAC LEWIS and Another, Copartners, etc., Respondents, v. WILLIAM M.

BARRETT, as President of the Adams Express Company, Appellant.— Determination and judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.